1  Re: <u>USA v. Sanchez-Diaz</u>
   Criminal Case No.:
2  Magistrate Case No:  08MJ8081

3  **PROOF OF SERVICE BY MAIL**

4  **STATE OF CALIFORNIA COUNTY OF SAN DIEGO**

   I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

   On February 6, 2008, I served the following document(s) described as:

**ORDER FOR MATERIAL WITNESS VIDEOTAPED DEPOSITION, MOTION FOR MATERIAL WITNESS VIDEOTAPED DEPOSITION, POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEPOSITION, DECLARATION IN SUPPORT OF MATERIAL WITNESSES MOTION FOR A VIDEOTAPE DEPOSITION.**

action by efile service:

john_ellis@fd.org  Attorney John Ellis for Reynaldo Sanchez-Diaz

dcesq1@sbcglobal.net  Attorney Daniel Casillas for Michael Bess-Amarillas

attyshetty@yahoo.com  Attorney Siri Shetty for Erik Medellin-Lopez

irafam@aol.com  Attorney Ira Lee Plummer for Fortino Avila-Canchola

mlittman@mlittmanlaw.com  Attorney Michael Littman for Alfredo Garcia-Ortega

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   __/s/ GG_____
   Greyson Goody

Robert E. Schroth Jr., Esq.-
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101
Telephone: (619) 233-7521