SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.:   08CR307MJ |
| | Magistrate Case No.:   08MJ8081 |
| Plaintiff, | |
| vs. | **STIPULATION RELEASING** |
| | **MATERIAL WITNESSES & ORDER** |
| MICHAEL BESS-AMARILLAS (1), | |
| ERIK MEDELLIN-LOPEZ (2), | |
| ALFREDO GARCIA-ORTEGA (3), | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Defendants MICHAEL BESS-AMARILLAS (1), ERIK MEDELLIN-LOPEZ (2), and ALFREDO GARCIA-ORTEGA (3), by and through and with the advice and consent of defense counsel, Robert E. Schroth, that:

1.   The material witnesses in this case:

Oscar Armando Gonzalez-Lorenzana

Jesus Tovar-Venegas

Vanessa Mavel-Martinez

May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

1

1   ///

2   It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Paul Starity

Dated: March 21, 2008
———————————————
PAUL STARITY
Assistant United States Attorney

s/Robert Casillas

Dated: March 21, 2008
———————————————
ROBERT CASILLAS
Defense Counsel for Michael Bess-Amarillas

s/Siri Shetty

Dated: March 21, 2008
———————————————
SIRI SHETTY
Defense Counsel for Erik Medellin-Lopez

s/Michael Littman

Dated: March 21, 2008
———————————————
MICHAEL LITTMAN
Defense Counsel for Alfredo Garcia-Ortega

s/Robert E. Schroth

Dated: March 21, 2008
———————————————
ROBERT E. SCHROTH
Counsel for Material Witnesses

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.:    08CR0121 BTM |
| ) | Magistrate Case No.:    07MJ8938 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION RELEASING** |
| ) | **MATERIAL WITNESSES & ORDER** |
| MARCOS RODRIGUEZ-PERALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**ORDER**

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Alicia Rivas-Ramirez and Jose Santos Andrade-Alarcon and Ana Griselda Acosta-Carrillo above-named be released and

3

1 remanded forthwith to the Department of Homeland Security for return to their country
2 of origin.
3     **SO ORDERED**
4 Dated: _____      _____
5                                               HONORABLE LEO S. PAPAS
                                              United States Magistrate Judge